Dorothy E. POBST, Appellant,

v.

CAPE NEUROLOGICAL SURGEONS, P.C., Kee B. Park, M.D., Cape Radiology Group, Inc., and David Anderson, M.D., Respondents.

No. ED 85783.

Missouri Court of Appeals, Eastern District, Division Three.

April 11, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 2006.

Application for Transfer Denied Aug. 22, 2006.

Leonard P. Cervantes, Jennifer Suttmoeller, St. Louis, MO, for appellant.

J. Thaddeus Eckenrode, Shanna K. Fulton, St. Louis, MO, Ted R. Osburn, Kimberly S. Price, Cape Girardeau, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

ORDER

PER CURIAM.

In this medical-malpractice action, the plaintiff, Dorothy Evelyn Pobst, appeals from the trial court's judgment entered on a jury verdict for the defendants, Kee B. Park, M.D., and David Anderson, M.D. The plaintiff raises two points on appeal, both assigning error in the trial court's evidentiary rulings. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties, however, have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order. We affirm the trial court's judgment pursuant to Rule 84.16(b)(5).